```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :          14cr00683 (DLC)
UNITED STATES OF AMERICA,               :
                                        :                ORDER
          -v-                           :
                                        :
JOSHUA CRUM,                            :
                    Defendant.          :
                                        :
--------------------------------------- X
```

DENISE COTE, District Judge:

On October 15, 2020, this Court issued an arrest warrant at the request of the Probation Department on the violation of supervised release specifications entered against the defendant. On January 7, 2021, the defendant arrived in this district and was presented and arraigned before a Magistrate Judge and released on bail.  It is hereby

ORDERED that a conference on the violation of supervised conference is scheduled for **January 15, 2021** at **3:00 p.m.** and shall occur via the Microsoft Teams videoconference platform, if that platform is reasonably available.  To access the conference, paste the following link into your browser:

https://teams.microsoft.com/l/meetup-join/19%3ameeting_NDY0ZWYzZDYtMjQzMC00YmExLWEwMTMtM2Y0NTk1NTc0MDgz%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%2220b3b4ec-1ef6-4484-88f4-2126fecd52fa%22%7d.

To use this link, you may need to download software to use the platform's videoconferencing features.1  Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Defense counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Teams application is highly recommended.2  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams.  For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

---

1 See Microsoft, Download Microsoft Teams (last visited Dec. 7, 2020), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.
2 Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams may access the conference's audio using the following credentials:

Call-in number:      +1 917-933-2166

Conference ID:       268 545 517#

IT IS FURTHER ORDERED that by **Wednesday, January 12, 2021**, defense counsel shall file a letter informing the Court whether counsel and the defendant have successfully tested Microsoft Teams.  If the defendant and counsel are unable to successfully test Microsoft Teams, defense counsel shall advise the Court whether the defendant consents to proceeding with a telephone conference or whether the defendant requires the proceeding to occur in person.

Dated:    New York, New York
          January 8, 2021

_____
DENISE COTE
United States District Judge