UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :      14cr683(DLC)
                                      :
            -v-                       :        ORDER
                                      :
JOSHUA CRUM,                          :
                                      :
                   Defendant.         :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

        A sentencing regarding a specification of violation of
supervised release is scheduled to occur on **May 20, 2021** at **3:00
PM.** Due to the COVID-19 pandemic, the defendant may have the
option of appearing in court or through a videoconference.
Accordingly, it is hereby

        ORDERED that defense counsel shall respond to the following
question by **5:00 PM** on **May 13, 2021:**

                Does the defendant consent to have the proceeding
                occur as a videoconference?

        If the defendant consents to have the proceeding occur as a
videoconference, please complete and file on ECF the written
consent form attached to this Order if it is feasible to do so.

Dated:     New York, New York
           April 26, 2021

                                  _____
                                          DENISE COTE
                                  United States District Judge