```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :    14-CR-683 (DLC)
UNITED STATES OF AMERICA,                 :
                                          :         ORDER
            -v-                           :
                                          :
JOSHUA CRUM,                              :
                                          :
                      Defendant.          :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth on the record on May 20, 2021, it is hereby

ORDERED that the defendant Joshua Crum (D.O.B. 9/28/1994) is remanded to the custody of the United States Marshal's Service and shall report no later than 12:00 PM on May 21, 2021 to the United State Marshal for this district located at 500 Pearl Street, New York, NY 10007 on the 4th Floor.

Dated:   New York, New York
         May 20, 2021

                              _____
                                    DENISE COTE
                              United States District Judge