UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    14cr683(DLC)
                                         :
              -v-                        :    ORDER
                                         :
JOSHUA CRUM,                             :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

Upon information from the Government that the defendant has been arrested and returned to the Southern District of New York, it is hereby

ORDERED that the sentencing regarding specifications of violation of supervised release is scheduled to take place on September 14, 2021 at 2:00 PM.

Dated:    New York, New York
          July 7, 2021

                                    _____
                                             DENISE COTE
                                    United States District Judge