```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    14cr683(DLC)
                                         :
            -v-                          :    ORDER
                                         :
JOSHUA CRUM,                             :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A sentencing regarding specifications of violation of supervised release is scheduled to occur on **September 14, 2021** at **2:00 PM**. The defendant is incarcerated. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **12:00 PM** on **September 2, 2021**:

1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         August 11, 2021

                              _____
                                       DENISE COTE
                              United States District Judge